# In the United States Court of Federal Claims

No. 18-717

Filed: November 14, 2018

```
************************************************
                                          *
JACQUELINE YORRO,                         *
                                          *
        Plaintiff, pro se,                *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
        Defendant.                        *
                                          *
************************************************
```

## FINAL ORDER DISMISSING COMMPLAINT FOR FAILURE TO PROSECUTE

On May 21, 2018, Plaintiff filed a Complaint in the United States Court of Federal Claims that alleged retaliation by officers at the Taconic Correctional Facility against Plaintiff's children and 88 year-old father. Compl. at 1. That same day, Plaintiff filed a Motion For Leave To Proceed *In Forma Pauperis*. On June 13, 2018, the court granted the May 21, 2018 Motion.

On August 3, 2018, the Government filed a Motion For An Enlargement Of Time To Answer The May 21, 2018 Complaint. On August 6, 2018, the court granted the August 3, 2018 Motion.

On August 6, 2018, the Government filed a Motion To Dismiss. The deadline for Plaintiff to respond to the August 6, 2018 Motion To Dismiss was September 4, 2018. As of November 13, 2018, Plaintiff failed to file a Response to the Government's August 6, 2018 Motion To Dismiss.

On October 1, 2018, the court issued an Order directing Plaintiff to show cause why she failed to comply with the September 4, 2018 deadline. As of November 13, 2018, however, Plaintiff has not complied with the October 1, 2018 Order.

Rule 41(b) of the United States Court of Federal Claims ("RCFC") states that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion or the defendant may move to dismiss the action or any claim against it." RCFC 41(b).

In light of Plaintiff's failure to prosecute the above-captioned case and comply with court-mandated deadlines, the court dismisses the May 21, 2018 Complaint for failure to prosecute.

In light of Plaintiff's failure to prosecute the above-captioned case and comply with court-mandated deadlines, the court dismisses the May 21, 2018 Complaint for failure to prosecute.

Accordingly, the Clerk of Court of directed to close this case. All pending motions are dismissed as moot.

**IT IS SO ORDERED.**

_____
**SUSAN G. BRADEN**
**Senior Judge**